**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 25, 2012 | Probation: | Jeannette Woll |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **04-cr-00231-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Jaime A. Pena
                                                 Tonya S. Andrews
              Plaintiff,

v.

**1.  FEDAA ZAQZOUQ**,                           Jeralyn E. Merritt

              Defendant.

**SENTENCING**

**2:08 p.m.**     Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - October 21, 2004
> Plea of Guilty - Count One of Information**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

2:11 p.m.     Statement and argument on behalf of Government (Mr. Pena).

2:19 p.m.     Statement and argument on behalf of Defendant (Ms. Merritt).

2:20 p.m.     Statement on behalf of Probation (Ms. Woll).

2:23 p.m.     Statement and argument on behalf of Defendant (Ms. Merritt).

2:27 p.m.        Statement by Defendant on her own behalf (Ms. Zaqzouq).

                 Court makes findings.

**ORDERED:**    Government's Motion Regarding Acceptance of Responsibility (ECF Doc. No. 67), filed September 7, 2012, is **GRANTED.**

                Order is **APPROVED BY THE COURT.**

**ORDERED:**    Government's 5K1.1 Motion for Downward Departure on Substantial Assistance (ECF Doc. No. 68), filed September 7, 2012, is **GRANTED.**

**ORDERED:**    Defendant's Motion for Variant Sentence (ECF Doc. No. 70), filed September 14, 2012, is **DENIED AS MOOT.**

**ORDERED:**    Defendant's Motion for Return of Property (Passport) Following Sentencing (ECF Doc. No. 75), filed October 24, 2012, is **GRANTED.**

**ORDERED:**    Defendant is placed on **Unsupervised Probation** for a term of **5** years.

**ORDERED:**    **Conditions** of **Unsupervised Probation** are:

   (X)    Defendant shall not commit another federal, state or local crime.

   (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)    Defendant shall comply with standard conditions adopted by the Court.

   (X)    Defendant shall not unlawfully possess a controlled substance.

   (X)    The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant.

   (X)    Because this sentence imposes restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

   (X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Unsupervised Probation** are:

(X)   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the court's judgment and sentence.

(X)   As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(X)   If the defendant is deported, either on a voluntary or involuntary basis, she shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, she shall report to the nearest U.S. Probation Office within 72 hours of her return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   The defendant shall make restitution as follows:

| **Name/Address of Victim** | **Amount** |
|---|---|
| Saudi Cultural Ministry<br>2600 Virginia Avenue Northwest, Suite 800<br>Washington, D.C. 20037 | $2,000,000.00 |

Restitution is ordered jointly and severally with the following defendants:

| **Name Case Number** | **Amount** |
|---|---|
| Valiollah Raoufi 04-cr-00228-WYD-01 | $2,000,000.00 |
| Jonathan Mendoza 04-cr-00228-WYD-02 | $2,000,000.00 |
| Kourosh Moayed Khajavi 05-cr-00333-WDM-01 | $2,000,000.00 |

                The court has determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the restitution. A lump sum payment of $105,703.39 shall be paid immediately toward restitution. The balance of the monetary obligations shall be paid in monthly installment payments calculated as at least 10 percent of the defendant's gross monthly wages while on supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**2:43 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :35**