IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   04-cr-00231-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  FEDAA ZAQZOUQ,

        Defendant.

## ORDER

THIS MATTER comes before the Court on Government's motion for the full three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines.  After a review of the file and the motion, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility (ECF Doc. No. 67), filed September 7, 2012, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1 (a) and (b) of the United States Sentencing Guidelines.

Dated:  October 25, 2012.

                                          BY THE COURT:


                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE